Certificate Number: 05781-NJ-DE-041599135

Bankruptcy Case Number: 26-19984

05781-NJ-DE-041599135

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 25, 2026, at 7:48 o'clock PM PDT, Ted Papadopoulos completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date: October 25, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President